SUSAN K. LEADER (SBN 216743)
KELLY A. HANDSCHUMACHER (314427)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
1999 Avenue of the Stars, Suite 600
Los Angeles, CA  90067-6022
Telephone:    310.229.1000
Facsimile:     310.229.1001
Email:          sleader@akingump.com
                     khandschumacher@akingump.com

ASHLEY VINSON CRAWFORD (SBN 257246)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
580 California Street, Suite 1500
San Francisco, CA  94104-1036
Telephone:    415.765.9500
Facsimile:     415.765.9501
Email:          avcrawford@akingump.com

Attorneys for Plaintiff
Tesoro Refining & Marketing Company LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TESORO REFINING & MARKETING COMPANY LLC, a Delaware limited liability company,<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>SB GAS & WASH MANAGEMENT, INC., a California corporation; and AHMAD ABADI, an individual,<br><br>　　　　　　　　Defendants. | Case No.  2:18-CV-04895-SVW-MAA<br><br>[Judge Stephen V. Wilson]<br><br>**DECLARATION OF ASHLEY VINSON CRAWFORD IN SUPPORT OF PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT**<br><br>Date Action Filed: June 1, 2018 |

# DECLARATION OF ASHLEY VINSON CRAWFORD

I, Ashley Vinson Crawford, hereby declare:

1. I am a partner with the law firm Akin Gump Strauss Hauer & Feld LLP, counsel of record for Tesoro Refining & Marketing Company, LLC ("Plaintiff") in the above-captioned matter. I have personal knowledge of the matters stated herein, and if called upon to do so, I could and would testify competently as to such matters.

2. On August 20, 2018, the clerk of the court entered default against Ahmad Abadi and SB Gas & Wash Management, Inc. ("SB Gas") after Ahmad Abadi and SB Gas failed to respond to the complaint in this action within the required time period.

3. Although notice pursuant to Federal Rule of Civil Procedure 55(b)(2) is not required because neither Ahmad Abadi nor SB Gas has appeared personally or by a representative in this action, I caused to be mailed a letter dated August 23, 2018 on behalf of Plaintiff to Ahmad Abadi providing notice to Ahmad Abadi and SB Gas of Plaintiff's intent to move for default judgment against them and the damages that Plaintiff seeks.

4. Attached as Exhibit 1 is a true and correct copy of a letter dated August 23, 2018 that was sent on behalf of Plaintiff to Ahmad Abadi.

5. On August 24, 2018, my law firm received confirmation from UPS that "ABADI" had signed for this letter.

6. I have not received any response to this letter from Ahmad Abadi or SB Gas.

7. SB Gas is a company and therefore not a minor, an incompetent person, or a member of a branch of the U.S. military (as to whom the Servicemembers Civil Relief Act might apply).

8. Attached as Exhibit 2 is a true and correct copy of the results from a September 6, 2018 search for the records of Ahmad Abadi on the Servicemembers Civil Relief Act (SCRA) Website, which show that Ahmad Abadi is not in active U.S. military service. Therefore, the Servicemembers Civil Relief Act does not apply here.

9. Plaintiff incurred a cost of $400 in connection with the filing of the complaint in this action. Attached as Exhibit 3 is a true and correct copy of the receipt for this cost.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on this 20th day of September, 2018, at San Francisco, California.

By: _____
Ashley Vinson Crawford