# EXHIBIT 3

Exhibit 3 to Crawford Dec - Page 9

# Fukai, Jennifer

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Friday, June 1, 2018 2:59 PM |
| **To:** | Wittlin, Bryan; Fukai, Jennifer |
| **Subject:** | Pay.gov Payment Confirmation: CACD CM ECF |

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact CACD CM/ECF Helpdesk at (213) 894-0242.

Application Name: CACD CM ECF
Pay.gov Tracking ID: 26A2F1S2
Agency Tracking ID: 0973-21856433
Transaction Type: Sale
Transaction Date: Jun 1, 2018 5:58:44 PM

Account Holder Name: Bryan M. Wittlin
Transaction Amount: $400.00
Card Type: Visa
Card Number: ***********

THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.

# Complaints and Other Initiating Documents

2:18-cv-04895 Tesoro Refining & Marketing Company LLC v. SB Gas & Wash Management, Inc. et al

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

## Notice of Electronic Filing

The following transaction was entered by Leader, Susan on 6/1/2018 at 2:59 PM PDT and filed on 6/1/2018

| | |
|---|---|
| **Case Name:** | Tesoro Refining & Marketing Company LLC v. SB Gas & Wash Management, Inc. et al |
| **Case Number:** | 2:18-cv-04895 |
| **Filer:** | Tesoro Refining & Marketing Company LLC |
| **Document Number:** | 1 |

**Docket Text:**
**COMPLAINT Receipt No: 0973-21856433 - Fee: $400, filed by Plaintiff Tesoro Refining & Marketing Company LLC. (Attachments: # (1) Exhibit A, # (2) Exhibit B, # (3) Exhibit C, # (4) Exhibit D, # (5) Exhibit E) (Attorney Susan Kay Leader added to party Tesoro Refining & Marketing Company LLC(pty:pla))(Leader, Susan)**

**2:18-cv-04895 Notice has been electronically mailed to:**

Susan Kay Leader    sleader@akingump.com, pedwards@akingump.com, rmcnew@akingump.com, westdocketing@akingump.com

**2:18-cv-04895 Notice has been delivered by First Class U. S. Mail or by other means <u>BY THE FILER</u> to :**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** H:\CASES\Tesoro\Andeavor - SB Gas - Complaint.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=6/1/2018] [FileNumber=25660751-0]
[6e0a2e9980062b8addf3537af8d1e320a673e33a042cd34792c6b4272c0be31b69dd
079883caebc5bb30b5cdaeda428c91e11e1c5928f557d4dec256318c0b56]]
**Document description:** Exhibit A
**Original filename:** H:\CASES\Tesoro\Exhibit A - 2013.10.01 Retail Sales Agreement.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=6/1/2018] [FileNumber=25660751-1]
[3d581c98f540695b4ebed9d59245163041085bd9aa04d329b71feb10313937b4a72a
95d645c4e4acde889b38ac15727cf9bda7b2bc855af68604d565ad010a7c]]
**Document description:** Exhibit B

**Original filename:**H:\CASES\Tesoro\Exhibit B - 2013.10.01 Retailer Loan Agreement and Secured Promissory Note.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=6/1/2018] [FileNumber=25660751-2]
[8ea1122907613ff16057ccaad87179873c1d566a76516b2edfd4920ec7b320dbff95
1334991e0a10ae7d21b3b9f229e80f450eaa1c61d37cfa17a017afba4f32]]
**Document description:**Exhibit C
**Original filename:**H:\CASES\Tesoro\Exhibit C - 2014.08.21 Assignment of Retailer Agreements.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=6/1/2018] [FileNumber=25660751-3]
[a14819b1bccb42b720d105ad8e398a4b75787dc502d068e8cc542ac7f98cb63b964d
e7f54bbf20 12642b9dccf9b7a6f2bc1dfce72829cf24cc748a1540812c47]]
**Document description:**Exhibit D
**Original filename:**H:\CASES\Tesoro\Exhibit D - 2014.08.21 Loan Assignment and Assumption Agreement.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=6/1/2018] [FileNumber=25660751-4]
[5980bb23e92d70b5ebf41ca1b59a7001c3d694542a170cdfdf7ef26a14e8f5e5a7c3
7beafc4ff5ea0bc75105774c03b19ead707f07bb1717660c416bc838b9e7]]
**Document description:**Exhibit E
**Original filename:**H:\CASES\Tesoro\Exhibit E - 2014.08.21 - Continuing Guaranty.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=6/1/2018] [FileNumber=25660751-5]
[2c6fc39d0c97ab213da51b7651788d44b202fc59c83adeb79ae9b0ce1935fcbcbf93
bc416263669bc31efdabdd233322b016162bbe25360965139bdd111d163a]]