SUSAN K. LEADER (SBN 216743)
KELLY A. HANDSCHUMACHER (314427)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
1999 Avenue of the Stars, Suite 600
Los Angeles, CA 90067-6022
Telephone:   310.229.1000
Facsimile:   310.229.1001
Email:        sleader@akingump.com
              khandschumacher@akingump.com

ASHLEY VINSON CRAWFORD (SBN 257246)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
580 California Street, Suite 1500
San Francisco, CA 94104-1036
Telephone:   415.765.9500
Facsimile:   415.765.9501
Email:        avcrawford@akingump.com

Attorneys for Plaintiff
Tesoro Refining & Marketing Company LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TESORO REFINING & MARKETING COMPANY LLC, a Delaware limited liability company,<br><br>         Plaintiff,<br><br>v.<br><br>SB GAS & WASH MANAGEMENT, INC., a California corporation; and AHMAD ABADI, an individual,<br><br>         Defendants. | Case No. 2:18-CV-04895-SVW-MAA<br><br>[Judge Stephen V. Wilson]<br><br>**DECLARATION OF JOHN L. CASTAÑEDA IN SUPPORT OF PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT**<br><br>Date Action Filed: June 1, 2018 |

DECLARATION OF JOHN L. CASTAÑEDA IN SUPPORT OF PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT

## DECLARATION OF JOHN L. CASTAÑEDA

I, John L. Castañeda, hereby declare:

1. I am a Retail Credit Manager at Andeavor, which is the sole member of Tesoro Refining & Marketing Company LLC ("TRMC" or "Plaintiff"). I have personal knowledge of the matters stated herein, and if called upon to do so, I could and would testify competently as to such matters.

2. Attached as Exhibit 1 hereto is a true and correct copy of spreadsheets prepared by TRMC in the ordinary course of business, which show TRMC's calculation of liquidated damages under its agreements with SB Gas & Wash Management, Inc. ("SB Gas"), not including interest. The second page of the spreadsheet shows that SB Gas has purchased 3,036,964 gallons of diesel and Shell-branded gasoline for the station located at 2160 Euclid Avenue, Ontario, California under the terms of its Retail Sales Agreement with TRMC ("RSA"). The first page of the spreadsheet shows that the required minimum quantity under the RSA of 15,000,000 gallons minus the purchased quantity of 3,036,964 gallons results in 11,963,036 gallons remaining unpurchased. That unpurchased volume multiplied by the contract's liquidated damages rate of $0.025 per gallon equals $299,075.90. The first page of the spreadsheet also shows that the unamortized loan balance, which was owed by SB Gas under the Retailer Loan Agreement ("RLA"), at the time that SB Gas breached the RSA was $125,000. The unpaid loan amount under the RLA and the liquidated damages amount under the RSA total contract damages of $424,075.90, not including interest.

3. My review of TRMC's collection correspondence records indicates that neither Ahmad Abadi nor SB Gas responded to TRMC's "Notice of Termination" letter dated June 13, 2017.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

DECLARATION OF JOHN L. CASTAÑEDA IN SUPPORT OF PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT

Executed on this 20th day of September, 2018, at San Antonio [city], TX [state].

By: _____
John L. Castañeda