# EXHIBIT 1

Exhibit 1 to Castaneda Dec - Page 3

# Estimated Balances as of 04/01/2017

Retailer: 198590
Cost Center: 68947
Ship To: 329432
Site: 461049
Location: 2160 South Euclid Avenue, Ontario, California 91762

**Term: October 1, 2003 - September 30, 2023**

## Full Service Incentive Agreement

**Early Termination - Reimbursement**

| | | |
|---|---|---:|
| Unamortized Loan Balance | $ | 125,000.00 |
| **Total Unamortized Loan Balance:** | **$** | **125,000.00** |

**Liquidated Damages**

| | | |
|---|---|---:|
| Purchases during Term of Retail Sales Agreement 10/01/2013 to 09/30/2023 | | 3,036,964 |
| Total Minimum Volume Exh A | | 15,000,000 |
| Difference | | 11,963,036 |
| Rate | | 0.025 |
| **Liquidated Damages Due** | **$** | **299,075.90** |

| | | |
|---|---|---:|
| **Grand Total** | **$** | **424,075.90** |

Prepared by:  Beverly Greenwood on 04/19/2017

*Confidential*

Exhibit 1 to Castaneda Dec - Page 4

**Retailer:** 198530, 198590, 117453
**Cost Center:** 68747
**Ship To:** 328007, 329432
**Site:** 461049
**Location:** 2160 South Euclid Avenue
Ontario, CA 91762

**Term:** October 1, 2013 - September 30, 2023

### Full Service Contract Annual Volume - Total Fuel

| | 1,500,000 | 1,500,000 | 1,500,000 | 1,500,000 | 1,500,000 | 1,500,000 | 1,500,000 | 1,500,000 | 1,500,000 | 1,500,000 | 15,000,000 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | CY1 2013-14 Volume | CY2 2014-15 Volume | CY3 2015-16 Volume | CY4 2016-17 Volume | CY5 2017-18 Volume | CY6 2018-19 Volume | CY7 2019-20 Volume | CY8 2020-21 Volume | CY9 2021-22 Volume | CY10 2022-23 Volume | |
| October | 68,920 | 69,192 | 94,523 | 68,321 | | | | | | | |
| November | 68,164 | 80,420 | 77,795 | 60,398 | | | | | | | |
| December | 68,636 | 95,820 | 69,485 | 60,507 | | | | | | | |
| January | 69,085 | 78,637 | 86,636 | 60,177 | | | | | | | |
| February | 68,325 | 86,202 | 68,992 | 60,011 | | | | | | | |
| March | 68,361 | 83,483 | 76,969 | 59,637 | | | | | | | |
| April | 25,825 | 79,143 | 73,341 | | | | | | | | |
| May | 60,269 | 78,269 | 76,959 | | | | | | | | |
| June | 68,683 | 86,086 | 66,556 | | | | | | | | |
| July | 68,841 | 77,303 | 77,009 | | | | | | | | |
| August | 86,071 | 89,800 | 68,303 | | | | | | | | |
| September | 60,126 | 77,319 | 68,365 | | | | | | | | |
| **YTD TOTALS:** | **781,306** | **981,674** | **904,933** | **369,051** | **0** | **0** | **0** | **0** | **0** | **0** | |

**Volumes YTD**
**Contract Period:**  781,306   1,762,980   2,667,913   3,036,964   3,036,964   3,036,964   3,036,964   3,036,964   3,036,964   3,036,964