1  SUSAN K. LEADER (SBN 216743)
   KELLY A. HANDSCHUMACHER (314427)
2  **AKIN GUMP STRAUSS HAUER & FELD LLP**
   1999 Avenue of the Stars, Suite 600
3  Los Angeles, CA 90067-6022
   Telephone:    310.229.1000
4  Facsimile:    310.229.1001
   Email:        sleader@akingump.com
5                khandschumacher@akingump.com

6

7  ASHLEY VINSON CRAWFORD (SBN 257246)
   **AKIN GUMP STRAUSS HAUER & FELD LLP**
8  580 California Street, Suite 1500
   San Francisco, CA 94104-1036
9  Telephone:    415.765.9500
   Facsimile:    415.765.9501
10 Email:        avcrawford@akingump.com

11 Attorneys for Plaintiff
   Tesoro Refining & Marketing Company LLC
12

13              **UNITED STATES DISTRICT COURT**

14              **CENTRAL DISTRICT OF CALIFORNIA**

15

16 TESORO REFINING & MARKETING          Case No. 2:18-CV-04895-SVW-MAA
   COMPANY LLC, a Delaware limited
17 liability company,                   [Judge Stephen V. Wilson]

18                 Plaintiff,           **DECLARATION OF SHERRIE L.
                                        CAUDLE IN SUPPORT OF
19       v.                             PLAINTIFF'S MOTION FOR ENTRY
                                        OF DEFAULT JUDGMENT**
20 SB GAS & WASH MANAGEMENT,
   INC., a California corporation; and
21 AHMAD ABADI, an individual,

22                 Defendants.          Date Action Filed: June 1, 2018

23

24

25

26

27

28

       DECLARATION OF SHERRIE L. CAUDLE IN SUPPORT OF PLAINTIFF'S MOTION FOR
                         ENTRY OF DEFAULT JUDGMENT

## DECLARATION OF SHERRIE L. CAUDLE

I, Sherrie L. Caudle, hereby declare:

1.      I am a Branded Sales Manager at Andeavor, which is the sole member of Tesoro Refining & Marketing Company LLC ("TRMC" or "Plaintiff").  I have personal knowledge of the matters stated herein, and if called upon to do so, I could and would testify competently as to such matters.

2.      Attached as Exhibit 1 hereto is a true and correct copy of a letter dated June 13, 2017 titled "Notice of Termination" in which TRMC notified SB Gas & Wash Management, Inc. ("SB Gas") that TRMC was terminating the Retail Sales Agreement and related franchise agreements with SB Gas effective immediately.

3.      Ahmad G.S. Abadi is not a minor or incompetent person.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on this 17th day of September, 2018, at Carlsbad, CA.


By: _Sherrie Caudle_____
             Sherrie L. Caudle

---

1

DECLARATION OF SHERRIE L. CAUDLE IN SUPPORT OF PLAINTIFF'S MOTION FOR
ENTRY OF DEFAULT JUDGMENT