# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TESORO REFINING & MARKETING COMPANY LLC, a Delaware limited liability company,<br><br>                Plaintiff,<br><br>   v.<br><br>SB GAS & WASH MANAGEMENT, INC., a California corporation; and AHMAD ABADI, an individual,<br><br>                Defendants. | Case No. 2:18-CV-04895-SVW-MAA<br><br>[Judge Stephen V. Wilson]<br><br>**[PROPOSED] DEFAULT JUDGMENT**<br><br>[Declarations of John L. Castañeda, Sherrie L. Caudle, and Ashley Vinson Crawford; Memorandum of Points and Authorities Filed Concurrently]<br><br>Date:    October 15, 2018<br>Time:   1:30 p.m.<br>Courtroom:  10A<br><br>Date Action Filed: June 1, 2018 |

# JUDGMENT

Upon Plaintiff Tesoro Refining & Marketing Company, LLC's Motion for Entry of Default Judgment, the declarations and exhibits submitted therewith, the argument of counsel at the hearing on October 15, 2018, and all other papers and pleadings submitted in this action,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff shall recover from Defendants SB Gas & Wash Management, Inc. and Ahmad G.S. Abadi the following:

1. $424,075.90 in contractual damages;
2. $53,237.62 in prejudgment interest;
3. $13,146.27 in attorneys' fees;
4. $400 in costs; and
5. Postjudgment interest accruing in accordance with the applicable federal law.

The total amount of judgment to be entered is $490,859.79.  Each defendant is jointly and severally liable for the full amount of the judgment and postjudgment interest.

IT IS SO ORDERED.

Dated: _____    By_____
                                Hon. Stephen V. Wilson
                                United States District Judge