UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tesoro Refining and Marketing Company LLC, <br><br> Plaintiff <br><br> vs. <br><br> SB Gas and Wash Management, Inc. et al, <br><br> Defendant. | CASE NO.: 2:18-cv-04895-SVW-MAA <br><br> JUDGMENT |

Judgment is entered for Plaintiff and against Defendants, pursuant to the Court's order [22] dated October 25, 2018.

DATE: November 6, 2018

STEPHEN V. WILSON, U.S. DISTRICT JUDGE